**CURTIS, MALLET-PREVOST,**
**COLT & MOSLE LLP**
Steven J. Reisman
Theresa A. Foudy
Gabriel Hertzberg
101 Park Avenue
New York, New York 10178-0061
Tel:  (212) 696-6000
Fax:  (212) 697-1559

*Counsel for Wilmington Trust, National*
*Association, in its Capacity as Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:

MPM SILICONES, LLC, *et al.*,                                    Chapter 11 - Jointly Administered

                            Debtors,                                    Lead Case No. 14-22503 (RDD)


------------------------------------------------------------x

WILMINGTON TRUST, NATIONAL
ASSOCIATION, IN ITS CAPACITY
AS TRUSTEE,

                            Plaintiff,                                    Adv. Proc. No. 14-08248 (RDD)

        -against-

WILMINGTON SAVINGS FUND SOCIETY,
FSB, IN ITS CAPACITY AS TRUSTEE, *et al.*,

                            Defendants.

------------------------------------------------------------x

## <u>NOTICE OF APPEAL</u>

        PLEASE TAKE NOTICE THAT plaintiff, Wilmington Trust, National

Association, in its capacity as trustee (the "<u>1.5 Lien Trustee</u>") for the Momentive Performance

Materials Inc. 10% Senior Secured Notes due 2020 issued by Momentive Performance Materials

Inc. under the Indenture dated as of May 25, 2012, by and through its undersigned counsel,

hereby appeals to the United States District Court for the Southern District of New York

pursuant to 28 U.S.C. § 158(a) from the following Orders of this Court, and from each and every

part thereof:

       1.    *Order Granting Defendants' Motion To Dismiss And Motion For*

*Judgment On The Pleadings* [Dkt. No. 51], entered on October 15, 2014 (the "First Order"); and

       2.    *Order Denying Plaintiff's Motion For Leave To File An Amended*

*Complaint* [Dkt No. 58], entered on January 29, 2015 (the "Second Order").

       A copy of the First Order and a copy of the Second Order are annexed as Exhibit

A and Exhibit B, respectively.

       The names of all parties to the First Order and Second Order, and the names,

addresses, and telephone numbers of their respective attorneys are as follows:

| Appellants: | Attorneys for Appellants: |
|---|---|
| Wilmington Trust, National Association, as Trustee | Steven J. Reisman, Theresa A. Foudy, & Gabriel Hertzberg<br>Curtis, Mallet-Prevost, Colt &Mosle LLP<br>101 Park Avenue<br>New York, NY 10178-0061<br>Telephone: (212) 696-6000 |
| **Appellees:** | **Attorneys for Appellees:** |
| Wilmington Savings Fund Society, FSB, as Successor Second Lien Indenture trustee | Seth H. Lieberman & Patrick Sibley<br>Pryor Cashman LLP<br>7 Times Square<br>New York, NY 10036-6569<br>(212) 455-2000 |
| Apollo Global Management, LLC | Ira S. Dizengoff, Philip C. Dublin, Deborah J. Newman, & Brian T. Carney<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036-6745<br>(212) 872-1000 |

| | |
|---|---|
| Euro VI (BC) S.A.R.L. | Ira S. Dizengoff, Philip C. Dublin, Deborah Newman, & Brian T. Carney<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036-6745<br>(212) 872-1000 |
| Wellpoint, Inc. | Richard J. Bernard<br>Foley & Lardner LLP<br>90 Park Ave.<br>New York, NY 10016<br>(212) 682-7474 |
| Ontario Public Service Employees Union Pension Plan Trust Fund | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 |
| Aristeia Horizons L.P. | Dennis F. Dunne, Michael Hirschfeld, & Samuel A. Khalil<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413<br>(212) 530-5000 |
| Windermere Ireland Fund PLC | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 |
| Compass TSMA LP | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 |
| Double Black Diamond Offshore Ltd. | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 |

| | |
|---|---|
| Black Diamond Offshore Ltd. | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 |
| GSO Aiguille des Grands Montets Fund I LP | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 |
| GSO Aiguille des Grands Montets Fund II LP | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 |
| GSO Aiguille des Grands Montets Fund III LP | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 |
| GSO Credit-A Partners LP | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 |
| GSO Palmetto Opportunistic Investment Partners LP | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 |
| FS Global Credit Opportunities Fund | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 |
| GSO Coastline Credit Partners LP | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 |

| | |
|---|---|
| GSO Special Situations Fund LP | Dennis F. Dunne, Michael Hirschfeld, & Samuel A. Khalil<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413<br>(212) 530-5000 |
| GSO Special Situations Overseas Master Fund Ltd. | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 |
| OCM Opps MTIV Holdings, LLC | Dennis F. Dunne, Michael Hirschfeld, & Samuel A. Khalil<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413<br>(212) 530-5000 |
| LMA SPC for and on behalf of MAP 98 Segregated Portfolio | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 |
| Oceana Master Fund Ltd. | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 (856) 675-1900 |
| Pentwater Credit Opportunities Master Fund Ltd. | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 (212) 692-1000 |
| Pentwater Equity Opportunities Master Fund Ltd. | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 |
| Pentwater Event Driven Cayman Fund Limited | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 |

| | |
|---|---|
| Pentwater Event Equity Reflection Fund | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 |
| Pentwater Merger Arbitrage Master Fund Ltd. | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 |
| PWCM Master Fund Ltd. | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 |
| Third Avenue Focused Credit Fund | Dennis F. Dunne, Michael Hirschfeld, &<br>Samuel A. Khalil<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413<br>(212) 530-5000 |
| Third Avenue High Yield Credit Fund | Dennis F. Dunne, Michael Hirschfeld, &<br>Samuel A. Khalil<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413<br>(212) 530-5000 |
| Third Avenue Value Income Fund, LP | Dennis F. Dunne, Michael Hirschfeld, &<br>Samuel A. Khalil<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413<br>(212) 530-5000 |
| Jura Limited | Dennis F. Dunne, Michael Hirschfeld, &<br>Samuel A. Khalil<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413<br>(212) 530-5000 |
| Manulife Global Focused Balance Fund | Dennis F. Dunne, Michael Hirschfeld, &<br>Samuel A. Khalil<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413<br>(212) 530-5000 |

| | |
|---|---|
| Ares Management LLC | Dennis F. Dunne, Michael Hirschfeld, & Samuel A. Khalil<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413<br>(212) 530-5000 |
| Ares SSF Riopelle, L.P. | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 |
| Ares Special Situations Fund III, L.P. | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 |
| Transatlantic Reinsurance Company | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 |
| RSUI Indemnity Company | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 |
| ASIP (Holdco) IV S.A.R.L. | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 |
| Ares Senior Loan Trust | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 |
| Ares Multi-Strategy Credit Fund V(H), L.P. | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 |

| | |
|---|---|
| PPF Nominee 1 B.V. | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 |
| Carlson Capital, L.P. | Dennis F. Dunne, Michael Hirschfeld, &<br>Samuel A. Khalil<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413<br>(212) 530-5000 |
| Oaktree Capital Management, L.P. | Dennis F. Dunne, Michael Hirschfeld, &<br>Samuel A. Khalil<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413<br>(212) 530-5000 |
| Fortress Credit Advisors LLC | Dennis F. Dunne, Michael Hirschfeld, &<br>Samuel A. Khalil<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413<br>(212) 530-5000 |
| D.E. Shaw Galvanic Portfolios, L.L.C. | Dennis F. Dunne, Michael Hirschfeld, &<br>Samuel A. Khalil<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413<br>(212) 530-5000 |
| Steamboat Credit Opportunities Master Fund LP | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 |
| Compass ESMA LP | Thomas E. Chase & Mark M. Rottenberg<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue<br>New York, NY 10017<br>(212) 661-3080 |

Dated:  New York, New York
March 16, 2015

**CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP**

By:   /s/ *Steven J. Reisman*
Steven J. Reisman
Theresa A. Foudy
Gabriel Hertzberg
101 Park Avenue
New York, New York 10178-0061
Tel:  (212) 696-6000
Fax:  (212) 697-1559
Email:  sreisman@curtis.com
tfoudy@curtis.com
ghertzberg@curtis.com

*Counsel to Wilmington Trust,
National Association, as Trustee*

**<u>Exhibit A</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MPM SILICONES, LLC, <u>et al.</u>, | : | Case No. 14-22503 (RDD) |
| | : | |
| Debtors. | : | Jointly Administered |

-----------------------------------------------------------------------x

| | | |
|---|---|---|
| | : | |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, | : | |
| AS TRUSTEE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Adversary Proceeding |
| -against- | : | No. 14-08248 (RDD) |
| | : | |
| JPMORGAN CHASE BANK, N.A., AS | : | |
| INTERCREDITOR AGENT UNDER THE | : | |
| INTERCREDITOR AGREEMENT, WILMINGTON | : | |
| SAVINGS FUND SOCIETY, FSB, AS SUCCESSOR | : | |
| SECOND LIEN INDENTURE TRUSTEE, APOLLO | : | |
| GLOBAL MANAGEMENT L.L.C., EURO VI(BC) | : | |
| S.À.R.L., WELLPOINT, INC., ONTARIO PUBLIC | : | |
| SERVICE EMPLOYEES UNION PENSION PLAN | : | |
| TRUST FUND, ARISTEIA HORIZONS, LP, | : | |
| WINDERMERE IRELAND FUND PLC, COMPASS | : | |
| TSMA, LP, COMPASS ESMA, LP, DOUBLE BLACK | : | |
| DIAMOND OFFSHORE LTD., BLACK DIAMOND | : | |
| OFFSHORE LTD., GSO AIGUILLE DES GRANDS | : | |
| MONTETS FUND I LP, GSO AIGUILLE DES | : | |
| GRANDS MONTETS FUND II LP, GSO AIGUILLE | : | |
| DES GRANDS MONTETS FUND III LP, GSO | : | |
| CREDIT-A PARTNERS LP, GSO PALMETTO | : | |
| OPPORTUNISTIC INVESTMENT PARTNERS LP, FS | : | |
| GLOBAL CREDIT OPPORTUNITIES FUND, GSO | : | |
| COASTLINE CREDIT PARTNERS LP, GSO | : | |
| STEAMBOAT CREDIT OPPORTUNITIES MASTER | : | |
| FUND LP, GSO SPECIAL SITUATIONS FUND LP, | : | |
| GSO SPECIAL SITUATIONS OVERSEAS MASTER | : | |
| FUND LTD., OCM OPPS MTIV HOLDINGS, LLC, | : | |
| LMA SPC FOR AND ON BEHALF OF THE MAP 98 | : | |
| SEGREGATED PORTFOLIO, OCEANA MASTER | : | |
| FUND LTD., PENTWATER CREDIT | : | |
| OPPORTUNITIES MASTER FUND LTD., | : | |
| PENTWATER EQUITY OPPORTUNITIES MASTER | : | |

FUND LTD., PENTWATER EVENT DRIVEN          :
CAYMAN FUND LIMITED, PENTWATER EVENT       :
EQUITY REFLECTION FUND, PENTWATER          :
MERGER ARBITRAGE MASTER FUND LTD,          :
PWCM MASTER FUND LTD, THIRD AVENUE         :
FOCUSED CREDIT FUND, THIRD AVENUE HIGH     :
YIELD CREDIT FUND, THIRD AVENUE VALUE      :
INCOME FUND, LP, JURA LIMITED, MANULIFE    :
GLOBAL FOCUSED BALANCE FUND, ARES          :
MANAGEMENT LLC, ARES SSF RIOPELLE, L.P.,   :
ARES SPECIAL SITUATIONS FUND III, L.P.,    :
TRANSATLANTIC REINSURANCE COMPANY,         :
RSUI INDEMNITY COMPANY, ASIP (HOLDCO) IV   :
S.À.R.L., ARES SENIOR LOAN TRUST, ARES     :
MULTI-STRATEGY CREDIT FUND V (H), L.P., PPF :
NOMINEE 1 B.V., CARLSON CAPITAL, L.P.,     :
OAKTREE CAPITAL MANAGEMENT, L.P., JOHN     :
DOES #1-10, FORTRESS CREDIT ADVISORS LLC,  :
D.E. SHAW GALVANIC PORTFOLIOS, L.L.C. AND  :
JOHN DOES #11-20,                          :
                                           :
                              Defendants.  :
----------------------------------------------------------------- :
                                           :

## ORDER GRANTINGING DEFENDANTS' MOTION TO DISMISS AND MOTION FOR JUDGMENT ON THE PLEADINGS

Upon defendants' *Motion to Dismiss and Motion for Judgment on the Pleadings*
[Dkt. No. 19] (the "Motion") seeking dismissal of the Complaint (the "Complaint") filed by
Wilmington Trust, National Association, in its capacity as Trustee (the "Plaintiff"), dated July
16, 2014; and upon the Plaintiff's objection thereto, the movants' reply and all other pleadings
filed in connection with the Motion [including Dkt. Nos. 19, 21, and 43]; and upon the record of
the hearing held by the Court on the Motion on September 30, 2014; and, after due deliberation
and for the reasons stated in the Courts' Corrected and Modified Bench Ruling on the Motion,
dated October 14, 2014, a copy of which is attached as an exhibit hereto, the Court having
concluded that the Motion should be granted as set forth herein, it is hereby ORDERED that:

1.      The Motion is granted, and the following claims alleging breaches or threatened breaches of the Intercreditor Agreement, dated November 16, 2012 (the "ICA"), as more fully described in ¶¶ 1-2 of the Complaint, are dismissed without prejudice:  (i) claimed breach of the ICA arising from payment or potential payment by the Debtors[1] of professional fees incurred by certain of the defendants, alleged in ¶¶ 10, 38, and 43 of the Complaint, (ii) claimed breach of the ICA arising from certain of the defendants' having allegedly contested Plaintiff's request for adequate protection, and (iii) claimed breach of the ICA arising from certain of the defendants' alleged support of the Debtors' efforts to seek approval of new loan agreements, including debtor-in-possession financing, having priority over the existing liens of the Senior Lien Lenders, alleged in ¶¶ 10 and 36 of the Complaint.  Within 30 days of the date of this Order, Plaintiff may file a motion under Fed. R. Bankr. P. 7015 for leave to amend the Complaint as to the foregoing claims, attaching its proposed amended complaint as an exhibit. Counsel for the defendants shall promptly submit a proposed order to the Court, with a copy to counsel for the Plaintiff, dismissing with prejudice any of the foregoing claims that are not asserted in such proposed amended complaint attached to such motion.

2.      The Motion is granted, and the claims alleged in the Complaint not enumerated in Paragraph 1 of this Order are dismissed with prejudice as to all defendants (including non-moving defendant JPMorgan Chase Bank, N.A.; collectively, the "Defendants" ), including, without limitation, the following claims alleging breaches or threatened breaches of the ICA:  (i) claimed breach of the ICA arising from certain of the Defendants' intervention in the Optional Redemption Litigations, alleged in ¶¶ 10, 34 and 35 of the Complaint, (ii) claimed breach of the ICA arising from certain of the Defendants' entry into the Restructuring Support Agreement, and otherwise supporting the Joint Chapter 11 Plan of Reorganization for

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Momentive Performance Materials Inc. and Its Affiliated Debtors, dated June 23, 2014 [Dkt. No. 515] (as amended, modified, and/or supplemented from time to time, including the Plan Supplement, the "Plan"), alleged in ¶¶ 34, 38-41 of the Complaint, (iii) claimed breach of the ICA arising from certain of the Defendants' potential or actual receipt during the pendency of the Chapter 11 Cases of alleged proceeds of Common Collateral in the form of a $30 million charge or fee, alleged in ¶¶ 10, 44 and 60 of the Complaint, and (iv) claimed breach of the ICA arising from the Defendants' potential or actual receipt upon consummation of the Plan of the alleged proceeds of Common Collateral in the form of new equity as distributions under the Plan, alleged in ¶¶ 42, 70-71 of the Complaint.

Dated:  October 15, 2014
        White Plains, New York

                                        /s/ Robert D. Drain
                                        HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE

4

**<u>Exhibit B</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MPM SILICONES, LLC, <u>et al.</u>, | : | Case No. 14-22503 (RDD) |
| | : | |
| Reorganized Debtors. | : | Jointly Administered |

------------------------------------------------------------------------x

| | | |
|---|---|---|
| | : | |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, | : | |
| IN ITS CAPACITY AS TRUSTEE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Adversary Proceeding |
| -against- | : | No. 14-08248 (RDD) |
| | : | |
| JPMORGAN CHASE BANK, N.A., AS | : | |
| INTERCREDITOR AGENT UNDER THE | : | |
| INTERCREDITOR AGREEMENT, WILMINGTON | : | |
| SAVINGS FUND SOCIETY, FSB, AS SUCCESSOR | : | |
| SECOND LIEN INDENTURE TRUSTEE, APOLLO | : | |
| GLOBAL MANAGEMENT L.L.C., EURO VI(BC) | : | |
| S.À.R.L., WELLPOINT, INC., ONTARIO PUBLIC | : | |
| SERVICE EMPLOYEES UNION PENSION PLAN | : | |
| TRUST FUND, ARISTEIA HORIZONS, LP, | : | |
| WINDERMERE IRELAND FUND PLC, COMPASS | : | |
| TSMA, LP, COMPASS ESMA, LP, DOUBLE BLACK | : | |
| DIAMOND OFFSHORE LTD., BLACK DIAMOND | : | |
| OFFSHORE LTD., GSO AIGUILLE DES GRANDS | : | |
| MONTETS FUND I LP, GSO AIGUILLE DES | : | |
| GRANDS MONTETS FUND II LP, GSO AIGUILLE | : | |
| DES GRANDS MONTETS FUND III LP, GSO | : | |
| CREDIT-A PARTNERS LP, GSO PALMETTO | : | |
| OPPORTUNISTIC INVESTMENT PARTNERS LP, FS | : | |
| GLOBAL CREDIT OPPORTUNITIES FUND, GSO | : | |
| COASTLINE CREDIT PARTNERS LP, GSO | : | |
| STEAMBOAT CREDIT OPPORTUNITIES MASTER | : | |
| FUND LP, GSO SPECIAL SITUATIONS FUND LP, | : | |
| GSO SPECIAL SITUATIONS OVERSEAS MASTER | : | |
| FUND LTD., OCM OPPS MTIV HOLDINGS, LLC, | : | |
| LMA SPC FOR AND ON BEHALF OF THE MAP 98 | : | |
| SEGREGATED PORTFOLIO, OCEANA MASTER | : | |
| FUND LTD., PENTWATER CREDIT | : | |
| OPPORTUNITIES MASTER FUND LTD., | : | |
| PENTWATER EQUITY OPPORTUNITIES MASTER | : | |

FUND LTD., PENTWATER EVENT DRIVEN :
CAYMAN FUND LIMITED, PENTWATER EVENT :
EQUITY REFLECTION FUND, PENTWATER :
MERGER ARBITRAGE MASTER FUND LTD, :
PWCM MASTER FUND LTD, THIRD AVENUE :
FOCUSED CREDIT FUND, THIRD AVENUE HIGH :
YIELD CREDIT FUND, THIRD AVENUE VALUE :
INCOME FUND, LP, JURA LIMITED, MANULIFE :
GLOBAL FOCUSED BALANCE FUND, ARES :
MANAGEMENT LLC, ARES SSF RIOPELLE, L.P., :
ARES SPECIAL SITUATIONS FUND III, L.P., :
TRANSATLANTIC REINSURANCE COMPANY, :
RSUI INDEMNITY COMPANY, ASIP (HOLDCO) IV :
S.À.R.L., ARES SENIOR LOAN TRUST, ARES :
MULTI-STRATEGY CREDIT FUND V (H), L.P., PPF :
NOMINEE 1 B.V., CARLSON CAPITAL, L.P., :
OAKTREE CAPITAL MANAGEMENT, L.P., JOHN :
DOES #1-10, FORTRESS CREDIT ADVISORS LLC, :
D.E. SHAW GALVANIC PORTFOLIOS, L.L.C. AND :
JOHN DOES #11-20, :
                                                              :
                                     Defendants.    :
-----------------------------------------------------------------  :
                                                              :

### ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE
### AN AMENDED COMPLAINT

On January 16, 2015, the Court heard argument of counsel with respect to (i) the

*Motion of Plaintiff Wilmington Trust, National Association, in its Capacity as the Successor 1.5*

*Lien Trustee under the 1.5 Lien Notes Indenture, for Leave to File an Amended Complaint*, dated

November 14, 2014 [Dkt. No. 53] (the "Motion"), seeking leave to file an amended complaint in

the above-captioned adversary proceeding, (ii) the *Objection to Plaintiffs' Motions for Leave to*

*File Amended Complaints* dated January 9, 2015 [Dkt. No. 55] (the "Objection"), and (iii) the

*Joinder of Wilmington Trust, National Association, as Indenture Trustee for the 1.5 Lien Notes,*

*to the Reply of the First Lien Trustee in Support of Its Motion for Leave to File an Amended*

*Complaint* dated January 15, 2015 [Dkt. No. 56].  And, for the reasons set forth on the record of

2

the January 16, 2015 hearing, the Court having found and concluded that the filing of the proposed amended complaint would be futile, IT IS HEREBY ORDERED THAT:

1.      The Objection is sustained, and the Motion is denied, subject to the other provisions of this Order.

2.      The Plaintiff is allowed, within 30 days of the entry of this Order on the docket of this Court, to seek leave under Fed. R. Bankr. P. 7015 to amend Counts I and II of its proposed amended complaint ("PAC"), attaching to such motion a copy of its proposed amended complaint blacklined against the PAC; provided, however, that any proposed amendment seeking to allege breach of the Intercreditor Agreement dated November 16, 2012 or breach of the implied covenant of good faith and fair dealing, in either case arising from the Debtors' alleged payment of the Defendants' professional fees and expenses under the Interim or Final DIP Orders, would be futile, and leave to amend to assert either or both such claims is denied and such claims are dismissed with prejudice for the reasons stated on the record of the January 16, 2015 hearing.

3.      This Order shall be deemed a final order for purposes of Rule 8002 of the Federal Rules of Bankruptcy Procedure in 31 days of the entry of this Order on the docket of this Court if Plaintiff elects not to seek leave to amend within 30 days as permitted by paragraph 2 of this Order.

Dated:  January 29, 2015
        White Plains, New York

                         _/s/Robert D. Drain_____
                         HONORABLE ROBERT D. DRAIN
                         UNITED STATES BANKRUPTCY JUDGE